**SEALED**

**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2008 JUL 31 PM 1:50

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:08-cr 00323-T-23-TGW

JOHN A. BURKE,
JAMES V. CADICAMO,
DAVID D'ARPINO,
MICHAEL D. FINNERTY,
GUY T. PEDEN,

        Defendants.

## ORDER

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office.

It is further ordered that upon verbal request from the United States Attorney's Office, that the United States Marshal's Service is to release a certified copy of the arrest warrants to the case agents or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court.

It is further ordered that the United States may disclose the existence of the Indictment in any search and seizure warrants to be executed in conjunction with the arrest of any of the defendants.

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this 31st day of July, 2008.

_____
THOMAS B. McCOUN, III
United States Magistrate Judge